503 A.2d 921

**COMMONWEALTH of Pennsylvania**

**v.**

**Alvin MILLER, Petitioner.**

Supreme Court of Pennsylvania.

April 16, 1985.

Petition for Allowance of Appeal GRANTED, No. 49 E.D. Appeal Docket 1985.

503 A.2d 921

**Vincent E. FUMO, Petitioner,**

**v.**

**STATE REAL ESTATE COMMISSION.**

Supreme Court of Pennsylvania.

June 4, 1985.

Petition for Allowance of Appeal GRANTED, No. 71 E.D. Appeal Docket 1985.